JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| SHERON HOWARD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; CITY OF INGLEWOOD, a public entity; CITY OF LOS ANGELES, a public entity; COUNTY OF LOS ANGELES, a public entity; CALIFORNIA DEPARTMENT OF TRANSPORTATION, a public entity; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-04610 <br><br> Judge: Hon. Stephen V. Wilson <br><br> **ORDER ON JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT CITY OF INGLEWOOD PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)** <br><br> Complaint Filed: June 4, 2021 |

Having reviewed the Joint Stipulation for Voluntary Dismissal of Defendant City of Inglewood pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and good cause appearing, **THE STIPULATION IS HEREBY ORDERED.**

Dated: October 6, 2021

*/s/ Stephen V. Wilson*
The Honorable Stephen V. Wilson

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3651.042  4834-9194-1373.1